UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA  )  Case Number: CR 00-2579-TUCNOFF
            Plaintiff    )
                         )  REPORT COMMENCING CRIMINAL
        -vs-             )  ACTION
                         )
Roberto Fallada?         )  60793-004
        Defendant        )  USMS Prisoner No:

FILED by _____ D.C.
MAG SEC
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court           FT. PIERCE
                    (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-30-00    9:15   am/(pm)

(2) Language Spoken: Spanish

(3) Offense(s) Charged: Conspiracy To Import Cocaine
                        Importation Cocaine

(4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 5-5-46

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-30-00   (9) Arresting Officer: S/A Thomas Flowers

(10) Agency: DEA            (11) Phone: 954-489-1767

(12) Comments: _____