UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-2529-CR-Turnoff

UNITED STATES OF AMERICA,

v.

Robert Farradaz

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW _Vincent Flynn, c/o_ files this temporary appearance as counsel for the above-named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing** documents necessary to collateralize any **personal surety bond** which may be set.

FILED by _____ D.C.
MAG. SEC.
MAR and 2000
CLERK MADDOX
U.S. DIST CT.
S.D. OF FLA. MIAMI

Counsel's Name (Printed) _Vincent Flynn_

Counsel's Signature _[signature] for Vincent Flynn_

Address _____

ZIP CODE: _____

Telephone (305) 285-1122