CASE NUMBER __00-2529-Turnoff__

INTERPRETER REQUIRED IN CASE

FILED by _____ D.C.
MAG. SEC
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

FOREIGN LANGUAGE __Spanish__

DEFENDANT(S) __ROBERTO FARRADAZ__
__Bernal Soto Rodriguez__
__Edgar Guzman__