CASE NO: 00-6090-CR-Zloch

DEFT: Roberto Farradaz (J)#
AUSA: Larry Bardfeld *present*
ATTNY: Vincent Flynn (temp) *present*
AGENT:
VIOL:

PROCEEDING: Arraignment/Inquiry re Counsel / PTD HEARING
BOND REC:

BOND HEARING HELD yes/no   COUNSEL APPOINTED:
BOND SET @ $100,000 Corp Surety w/ Nebbia — Satisfied
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed — in Miami
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. — own gun to another Nicks
10) Curfew:
11) Travel extended to: Dade Broward + Palm Bch Counties
12) Halfway House
    Electronic Monitoring
Reside at own address, no illegal drugs or excessive alcohol.

FILED APR 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Govt proceeds by proffer
Risk of flight + danger

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Agent sworn - James Houk

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Spanish (Specify Language)

1 video tape
PTD denied

NEXT COURT APPEARANCE: DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 5-2-00   11:00am   LSS

DATE: 4-17-00   TIME: 10:00 am   TAPE # 00-028   PG # 1
12:30 pm   1380-3610
00-029   1—   2/