FILED by _____ D.C.
APR 17 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6090-CR-Zloch

UNITED STATES OF AMERICA

vs

Roberto Farradaz

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-18-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:   Address: _____ SEE BOND _____

Telephone: _____

DEFENSE COUNSEL:   Name: _____ Vincent Flynn _____

Address: _____

Telephone: _____

BOND SET/CONTINUED:   $ _____ 100,000 Corp. Surety _____

Bond hearing held: yes __xz__ no ____ Bond hearing set for _____

Dated this __17__ day of _____ April _____, 20 __00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____[signature]_____
Deputy Clerk

Tape No. 00-028

cc: Clerk for Judge
    U. S. Attorney