UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendant.
_____/

### NOTICE OF REQUEST
### FOR DISCOVERY PURSUANT TO FEDERAL
### RULE OF CRIMINAL PROCEDURE 16(a)(1)(E)

The Defendant, ROBERTO FARRADAZ, by and through his undersigned counsel, respectfully requests discovery, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E) of the resumes and written summaries of experts' expected testimony. The Defendant acknowledges that the obligation is reciprocal.

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

_____
VINCENT J. FLYNN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this _____ day of _____, 2000:

Larry Bardfeld, Esq.
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, Florida 33129

Jeffrey Voluck, Esq.
1 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301

Robert Berube, Esq.
Asst. Federal Public Defender
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301

_____
VINCENT J. FLYNN