UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendant.
_____/



**DEFENDANT'S
REQUESTED VOIR DIRE QUESTIONS**

1. Have you ever applied for a job in law enforcement?

2. Have you ever seriously considered becoming a law enforcement officer?

3. What newspapers and periodicals do you subscribe to or enjoy reading?

4. What clubs and organizations are you a member of?

5. Have you held any office in any local organization?



6. What is your favorite television show?

7. What is your favorite movie?

8. Do you speak a foreign language? If so, which?

9. Have you ever traveled outside of the United States? If so, where?

10. Are you a member of Crime Watch or a similar organization?

11. Have you ever been an informer or cooperating individual for any law enforcement agency?

12. Have you ever furnished information to law enforcement about what you suspected to be narcotics activity?

13. Do you believe illegal immigrants are a serious problem in Miami?

14. In your employment, have you ever been the victim of race or sex discrimination?

15. Have you ever had any discipline problems with your children because of drugs or drug culture?

>Respectfully submitted,
>
>VINCENT J. FLYNN, ESQ.
>F.B.N. 151145
>1221 Brickell Avenue
>Suite 1020
>Miami, FL 33131
>Tel: (305) 858-1414
>
>_____
>VINCENT J. FLYNN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this _____ day of _____, 2000:

>Larry Bardfeld, Esq.
>Assistant United States Attorney
>99 N.E. 4th Street
>Miami, Florida 33132
>
>Richard Diaz, Esq.
>2701 S.W. 3rd Avenue
>Miami, Florida 33129
>
>Jeffrey Voluck, Esq.
>1 East Broward Boulevard
>Suite 700
>Fort Lauderdale, FL 33301

Robert Berube, Esq.
Asst. Federal Public Defender
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301

_____
VINCENT J. FLYNN