UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,          :

      Plaintiff,          :

v.          :

ROBERTO FARRADAS, et al.,          :

      Defendant.          :

_____



FILED by _____ D.C.

MAY - 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been sent, and counsel for the defendants shall have until May 17, 2000, within which to file pretrial motions.

2. The parties will schedule a discovery conference to review the physical evidence.

DATED at Fort Lauderdale, Florida, this _____ day of May, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Larry Bardfeld (FTL)
Vincent Flynn, Esq.
Rick Diaz, Esq.