HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__    CASE NO: __00-8029-CR-DIMITROULEAS__
AUSA __KAREN ATKINSON / Rosenthal__  ATTY __MARTIN BIDWILL__    00 022

to be a plea                              Tim Day @ 900

DEFT __ROBERT STEELE__    CASE NO: __00-6089-CR-ZLOCH__
AUSA __BERTHA MITRANI — pres'__   ATTY __CHARLES JAFFEE__

Disc going out today Fed-ex
No pending motions  5-17 mot due  @ 927

DEFT __ROBERTO FARRADAZ — ETAL__    CASE NO: __00-6090-CR-ZLOCH__
AUSA __LARRY BARDFELD__    ATTY ~~VINCENT FLYNN~~ — Diaz for Flynn

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman
\ pres  Disc out — disc conference needed @ 969
new one may come in on Guzman  M/dise 5-17

DEFT __RAMON PERDOMO__    CASE NO: __00-6093-CR-FERGUSON__
AUSA ~~JEFFREY KAY~~ / Roger Powell   ATTY __FPD__

Disc out today —
No pending motions — 5-15 for motions  @ 1033

DEFT __JUANA DUQUE-DIAZ__    CASE NO: __00-6094-CR-ROETTGER__
AUSA __DEBRA STUART / Rosenthal__   ATTY __MARTIN BIDWILL__  Day stood in

M/cont filed
5-22 for motions                  @ 1081

DEFT __    CASE NO: __
AUSA __    ATTY __

DATE __MAY 1, 2000__    TIME __11:00__