UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 0 2 2000

CASE NUMBER 00-6090-CR-Zloch  DATE 6-2-00
CLERK Carlne Newby  REPORTER Anita LaRocca
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Roberto Farradaz, et al

U. S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Vincent Flynn e far Diaz; Jeffrey Voluck

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calender Call

RESULT OF HEARING Deft Mesa's mtn for continuance granted. All time excludable until trial actually commences.

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 3-4 days
2 on bond
Soto & Cuzman - custody
Spanish Interpreters

54