PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

AUG 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs. ROBERTO FARRADAZ      Docket No. 00-6090-CR-ZLOCH

Petition for Action on Conditions of Pretrial Release

COMES NOW, Jose A. Perez, Pretrial Services Officer, presenting an official report upon the conduct of defendant ROBERTO FARRADAZ, who was placed under pretrial release supervision by the Honorable Barry S. Seltzer, sitting in the Court at Ft. Lauderdale, on April 17, 2000, under the following conditions:

1. Report to Pretrial Services as directed;
2. Surrender al travel documents to Pretrial;
3. Submit to random drug testing and/or treatment as directed;
4. Maintain/seek gainful full-time employment;
5. No contact with victims or witnesses in this case;
6. Travel restricted to S/D FL;
7. Defendant is prohibited from possessing any firearms or weapons.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On Monday, July 17, 2000, the defendant failed to report to Pretrial Services by telephone, as previously directed. Subsequently, on Wednesday, July 19, 2000, the defendant failed to report in person for the submission of a urinalysis, as directed. Furthermore, the defendant's wife informed Pretrial Services that the defendant has not been seen or heard from since the morning of July 17, 2000, and his present whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND A WARRANT ISSUED FOR HIS ARREST

ORDER OF COURT

Considered and ordered this _____ day of _____, 2000 and ordered filed and made a part of the records in the above case.

_____
Honorable Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

_____
Jose A. Perez
U.S. Pretrial Services Officer

Place: Miami, Florida
Date: July 20, 2000