UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6090-CR-Zloch   DATE 8-25-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Roberto Farradaz;
Edgar Guzman; Orlando Mesa
U.S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Frank Rubio

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Mesa motion to continue granted - all time excludable until trial actually commences. Guzman to plea

JUDGMENT

CASE CONTINUED TO           TIME           FOR

MISC

64