FILED by _____ D.C.

OCT 2 3 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                    MINUTE ORDER

ROBERTO FARRADAZ

_____

On August 2, 2000 an arrest warrant was issued for the above
defendant.

The defendant not having been arrested and 30 days having
passed, this defendant is hereby transferred to fugitive status.

Dated this 23rd day of October, 2000 at Fort Lauderdale,
Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM J. ZLOCH

CLARENCE MADDOX
CLERK

BY: _____
CARLINE T. NEWBY
DEPUTY CLERK

CC:  U. S. Attorney