UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )
vs                         )
                           )
ROBERTO FARRADAZ, et al.   )
                           )
              Defendant.   )
_____)

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Bruce O. Brown.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3508
Facsimile: (954) 356-7336

cc: Special Agent Steven Houk, U.S. Customs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 17th day of October, 2001 to:

    Vincent Flynn
    1221 Brickell Avenue
    Suite 1020
    Miami, Florida 33131

    Jeffrey M. Voluck
    200 S.E. 6th Street
    Suite 201
    Ft. Lauderdale, Florida 33301

    Herman Rubio, Jr.
    10800 Biscayne Boulevard
    Suite 570
    Miami, Florida 33161

    Richard Diaz
    2701 S.W. 3rd Avenue
    Miami, Florida 33129-2335

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY