UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendant,

and

AMERICAN SURETY COMPANY,

    Corporate Surety.
_____/

**MOTION FOR REVOCATION AND ESTREATURE AND FOR ENTRY OF A FINAL JUDGMENT OF FORFEITURE OF CORPORATE SURETY APPEARANCE BOND**

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, moves this Court to revoke and estreat the corporate surety appearance bond and enter a Final Judgment of Forfeiture of Appearance Bond in favor of plaintiff and against defendant, ROBERTO FARRADAZ, and American Surety Company, corporate surety, in the amount of $100,000. Plaintiff will rely in support hereof upon the annexed Memorandum of Law.

**MEMORANDUM OF LAW**

**REQUEST FOR ESTREATURE**

1. On April 17, 2000, defendant, ROBERTO FARRADAZ, and American Surety Company, executed a corporate surety appearance bond on behalf of the defendant in the sum of $100,000 to guarantee the defendant's appearance as ordered by the Court.

2. The defendant, ROBERTO FARRADAZ, has not honored the terms of the appearance bond in that ROBERTO FARRADAZ failed to appear for trial on October 23, 2000.

3. An arrest warrant was issued and the defendant, ROBERTO FARRADAZ, remains a fugitive, but it does not formally appear from the record that an order revoking and estreating the appearance bond was entered.

4. The provisions of Fed. R. Crim. P. 46(e)(1), provide that: "If there is a breach of condition of a bond, the district court shall declare a forfeiture of the bail." It has been held that the revocation or forfeiture required by these provisions is mandatory, even though it may later be set aside under the further provisions of Paragraph (e). United States v. Stanley, 601 F.2d 380 (9th Cir. 1979); Smith v. United States, 357 F.2d 486, 490 (5th Cir. 1966); Wright, Federal Practice & Procedure: Criminal 2d §776. No notice to the defendant or surety concerning the failure to appear or action for estreature is required, even though such notice is required in connection with a subsequent motion for appearance bond forfeiture judgment. United States v. Vera-Estrada, 577 F.2d 598 (9th Cir. 1979); United States v. Marquez, 564 F.2d 379, 381 (10th Cir. 1977).

5. Plaintiff therefore moves the Court to revoke and estreat the appearance bond as to the defendant and surety.

**REQUEST FOR BOND FORFEITURE JUDGMENT**

6.  The provisions of <u>Fed. R. Crim. P.</u> 46(e)(3) permit the Court, upon motion, to enter judgment as to any bond previously estreated and not subsequently set aside, and further provide that the obligors on the bond submit to jurisdiction and irrevocably appoint the Clerk of Court their agent for service of process when they execute the bond.

7.  It is clear that upon failure of a bailed defendant to appear as required the surety becomes absolutely obligated to the United States for the full amount of the bond, and that the government is not required in its motion to prove the amount of its expenses as a result of the breach. <u>United States v. Foster</u>, 417 F.2d 1254, 1256 (7th Cir. 1969); <u>United States v. Caro</u>, 56 F.R.D. 16, 20 (S.D. FL 1972); <u>Wright</u>, <u>Federal Practice and Procedure: Criminal 2d § 776</u>.

**WHEREFORE**, the United States of America moves this Court to enter a Final Judgment of Forfeiture of Appearance Bond as to the aforesaid defendant and corporate surety in the sum of $100,000,

together with interest as prescribed by 28 U.S.C. § 1961, and the costs of this action.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450
99 N.E. 4th Street, Suite 714
Miami, FLorida  33132
Telephone No. (305) 961-9273
Fax No. (305) 536-7213

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **28** day of April, 2003, to:

Roberto Ferradaz
6404 W. 22 Ct.
Hialeah, Florida 33016

American Surety Company
P. O. Box 68932
Indianapolis, Indiana 46268

Vincent Joseph Flynn, Esq.
1450 Brickell Bay Drive
Miami, Florida 33131

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY