UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendant,
and

AMERICAN SURETY COMPANY,

    Corporate Surety.
_____/



FILED by ___ D.C.

MAY 21 2003

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REVOKING SURETY AND ESTREATING CORPORATE SURETY APPEARANCE BOND

    THIS MATTER is before the Court on the United States' Motion for Revocation and Estreature of the Corporate Surety Appearance Bond of defendant, ROBERTO FARRADAZ, and American Surety Company, in the sum of $100,000, and is amply supported by the records of this Court; therefore, it is

    **ORDERED AND ADJUDGED** that the appearance bond of defendant, ROBERTO FARRADAZ, in the sum of $100,000 is hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 21st day of MAY 2003.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:

AUSA L. Bardfeld/M. Morales

AUSA Elizabeth Stein

Cecilia Lavina, Financial Section, Clerk's Office

Roberto Ferradaz
6404 W. 22 Ct.
Hialeah, Florida 33016

American Surety Company
P. O. Box 68932
Indianapolis, Indiana 46268

Vincent Joseph Flynn, Esq.
1450 Brickell Bay Drive
Miami, Florida 33131