UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERTO FARRADAZ,

       Defendant,

and

AMERICAN SURETY COMPANY,

       Corporate Surety.
_____/

FILED by ___ D.C.
MAY 2 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL JUDGMENT OF FORFEITURE OF CORPORATE SURETY APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Corporate Surety Appearance Bond against defendant, ROBERTO FARRADAZ, and as to the corporate surety, American Surety Company. The United States seeks to forfeit the appearance bond posted with this Court in the sum of $100,000 as to the corporate surety bond, and the Court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or remitting the bond, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant, ROBERTO FARRADAZ, and American Surety Company in the sum of $100,000 as to the corporate surety bond, together with interest thereon from the date of this judgment

101

as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid shall be forthwith transferred to the Treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 27th day of MAY 2003.

WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:

AUSA L. Bardfeld/M. Morales

AUSA Elizabeth Stein (**two certified copies**)

Cecilia Lavina, Financial Section, U.S. District Court

Roberto Ferradaz
6404 W. 22 Ct.
Hialeah, Florida 33016

American Surety Company
P. O. Box 68932
Indianapolis, Indiana 46268

Vincent Joseph Flynn, Esq.
1450 Brickell Bay Drive
Miami, Florida 33131