## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: ROBERTO FARRADAZ (J)#   CASE NO: 00-6090-CR-Zloch

AUSA: Larry Bardfeld *present*   ATTY: Richard Diaz *not present but will represent him*

AGENT: PTS   VIOL:

PROCEEDING: INITIAL APPEARANCE ON ~~BOND VIOLATION~~   RECOMMENDED BOND:

BOND HEARING HELD - yes /(no)   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew:
- ❑ Travel extended to:
- ❑ Halfway House

*FILED by D.C. ___ 2003 ___ FT. LAUD.*

*Advised of Charges*

*Spanish INTERPRETER REQUIRED*

*Bondsman - Florence Klein -*

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING: *Revocation*   Oct 24, 2003   11:00 am   BSS

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 10-20-03   TIME: 11:00 am   FTL/BSS TAPE # 03- 893   Begin: 380   End: 783

