AO 442 (Rev. 12/85) Warrant for Arrest                                                    495235

# United States District Court
## for the
## Southern District of Florida

**United States of America**
v
**ROBERTO FARRADAZ**

**WARRANT FOR ARREST**

Case Number: 00-6090-CR-ZLOCH

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ ROBERTO FARRADAZ _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Failure to report to Pretrial Services as directed.


in violation of Title _____ United States Code, Section(s) _____

_JOSE A. PEREZ_                                     _United States Pretrial Services Officer_
Name of Issuing Officer                              Title of Issuing Officer

_[signature]_                                        _July 20, 2000     U.S. PRETRIAL SERVICES_
Signature of Issuing Officer                         Date and Location

Bail fixed at $ __NO BOND__                          by _[signature] — July 27, 2000_
                                                        Name of Judicial Officer
                                                        U.S. Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. lauderdale, FL |

| DATE RECEIVED<br>7/20/03 | NAME AND TITLE OF ARRESTING OFFICER<br>Christina Pharo, US Marshal<br>S/D FL | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_<br>Sabrina Livingston, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>10/20/03 | | |

