## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

INTAKE
OCT 24 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

DEFT: ROBERTO FARRADAZ (J)# BCS    CASE NO: 00-6090-CR-Zloch
AUSA: Larry Bardfeld/Robin Waugh-Farretta    ATTY: Richard Diaz/Luis Guerra
AGENT: PTS    VIOL:
PROCEEDING: BOND REVOCATION HEARING    RECOMMENDED BOND: PTD - No Bond - (Stipulated)
BOND HEARING HELD - yes / no    COUNSEL APPOINTED:
BOND SET @:    To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Parties stip to bond revocation
△ held w/o bond pending trial

Spanish
INTERPRETER REQUIRED

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 10-24-03    TIME: 11:00 am    FTL/BSS TAPE # 03-095    Begin: 2466    End: 2665