UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-CR-6090-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendants.

_____/

### NOTICE OF PERMANENT APPEARANCE

COMES NOW, Richard J. Diaz, Esq., and enters his Notice of Permanent Appearance on behalf of Defendant ROBERTO FARRADAZ, relating the above captioned matter.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of October, 2003 to Larry Bardfeld, Esq., Assistant U.S. Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394-3002.

Richard J. Diaz, Esq.