UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6090-CR-ZLOCH



UNITED STATES OF AMERICA,

v.                                          **MINUTE ORDER**

ROBERTO FARRADAZ,

      Defendant.

_____/


    On October 23, 2000, defendant was transferred to fugitive

status.

    Now that the defendant has been seen in this district, this

defendant presently lodged in fugitive status is hereby returned to

the active calendar of the Honorable William J. Zloch for further

proceedings.

DATED: November 3, 2003


                  CLARENCE MADDOX, CLERK

           BY: _____
                  Amy Jordan
                  Deputy Clerk