UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 14 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6090-CR-ZLOCH   DATE November 14, 2003

CLERK Amy Jordan   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Roberto Fernadez

U.S. ATTORNEY Laurence Bardfeld   DEFT COUNSEL Frank Marks

DEFENDANT: PRESENT  [NOT PRESENT]  ON BOND   IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Defendant will enter a Plea of Guilty.

JUDGMENT

CASE CONTINUED TO November 26, 2003  TIME 10:30 P.M.  FOR Plea

MISC

