UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: `00-6090-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                          NOTICE

ROBERTO FARRADAZ

FILED by _____ D.C.

NOV 1 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE: COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, FL 33301             November 24, 2003 at 10:30 A.M.

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A FULL CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: November 14, 2003

cc:  Laurence Bardfeld, Esq., AUSA
     Richard Diaz, Esq.

