UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
NOV 26 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6090-CR-ZLOCH   DATE November 26, 2003

CLERK Amy Jordan   REPORTER Carl Schanzleh

PROBATION _____   Spanish INTERPRETER Edna Brayfield

UNITED STATES OF AMERICA v. Robert Fairadaz

U.S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Richard Diaz

DEFENDANT: [PRESENT]   NOT PRESENT   ON BOND   [IN CUSTODY]

REASON FOR HEARING   Plea

RESULT OF HEARING   Defendant sworn and enters a plea of Guilty as to Count three of the Indictment. The Court acepts the Plea of Guilty and adjudges him Guilty at

JUDGMENT   this time.

CASE CONTINUED TO February 13, 2004   TIME 10:30 AM   FOR Sentencing

MISC   Plea Agreement filed.

