UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
FEB 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6090-CR-ZLOCH   DATE February 13, 2004
CLERK Amy Jordan              REPORTER Jerry Reeves
PROBATION Stephanie Ralston   Spanish INTERPRETER Cecilia Ferrer

UNITED STATES OF AMERICA v. Roberto Fernandez

U. S. ATTORNEY Laurence Bardfeld   DEFT COUNSEL Richard Diaz

DEFENDANT: /PRESENT/   NOT PRESENT   ON BOND   /IN CUSTODY/

REASON FOR HEARING Sentencing

RESULT OF HEARING Defendant sentenced to 48 months as to Count 3 of the Indictment; 3 years Supervised Release, $100.00 Special Assessment; Fine Waived; Special Conditions: (1) Full time employment (2) Submit search person/property. Defendant has 10 days w/in which to Appeal.

JUDGMENT

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC

