UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6090-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO FARRADAZ,

    Defendant.
_____/



### DEFENDANT, ROBERTO FARRADAZ' MOTION TO SET ASIDE ORDER REVOKING SURETY AND ESTREATING CORPORATE SURETY APPEARANCE BOND & UNOPPOSED MOTION FOR ORDER DISCHARGING BOND AND FOR DISBURSEMENT OF BOND

The Defendant, ROBERTO FARRADAZ, by and through the undersigned counsel, files this, **Motion to Set Aside Order Revoking Surety and Estreating Corporate Surety Appearance Bond and Unopposed Motion for Order Discharging Bond and for Disbursement of Bond** and as ground and support thereof states as follows:

    1.    A corporate surety bond in this case was set at $100,000.00 with Nebbia and deposited in the court's registry.

    2.    On May 21, 2003 an Order revoking surety and estreating corporate surety appearance bond was entered.

    3.    We request that the Court set aside the order, revoking surety and estreating corporate surety appearance bond and enter an Order discharging the bond under power #AS100105112 and disbursing same to American Surety Company and Joe Clein Bail Bonds.

### LOCAL RULE 88.9

AUSA, Larry Bardfeld, does not oppose to the granting of this motion.



RICHARD J. DIAZ, P.A.

Richard J. Diaz, Esq.
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134

By: _____
    RICHARD J. DIAZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of February, 2004: Larry Bardfeld, AUSA, 500 East Broward Blvd., Fort Lauderdale, FL, 33301.

_____
RICHARD J. DIAZ
FLORIDA BAR NO.: 0767697