UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6090-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       ORDER

ROBERTO FARRADAZ,

    Defendant.
_____

THIS MATTER is before the Court, upon Defendant Roberto Farradaz' Motion To Set Aside Order Revoking Surety and Estreating Corporate Surety Appearance Bond & Unopposed Motion For Order Discharging Bond And For Disbursement Of Bond, bearing file stamp of the Clerk of Court dated February 18, 2004. The Court having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby **GRANTED**.

IT IS FURTHER ORDERED AND ADJUDGED that the Order Revoking Surety And Estreating Corporate Surety Appearance Bond dated May 21, 2003 is hereby **VACATED**.

IT IS FURTHER ORDERED AND ADJUDGED that the Corporate Surety Bond in the amount of $100,000.00, under the power of



attorney of American Surety Company, # AS100 105112 is hereby **DISCHARGED.**

    DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 20th day of February, 2004.

                                                WILLIAM J. ZLOCH
                                                Chief United States District Judge

Copies furnished:
Laurence Bardfeld, Esq., AUSA
Richard J. Diaz, Esq.